# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

County of Berks,                          :
                          Petitioner      :
                                          :
              v.                          :   No. 170 M.D. 2018
                                          :
Pennsylvania Office of Open               :
Records and ALDEA – The                   :
People's Justice Center,                  :
                          Respondents     :


**PER CURIAM**                    **O R D E R**


**NOW**, March 7, 2019, it is ordered that the above-captioned Memorandum Opinion, filed January 3, 2019, shall be designated OPINION and shall be REPORTED.